## Ransom Estate.

Argued April 29, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Helen R. Bryant,* appellant, in propria persona.

*David J. Reedy, Jr.,* with him *Van Deusen, Van Deusen & Reedy,* for appellee.

OPINION PER CURIAM, May 21, 1968:

Helen J. Bryant, daughter of the decedent, appeals from the Decree of the Orphans' Court which, inter alia, confirmed the Administrator's account and dismissed Mrs. Bryant's exceptions. We have reviewed the record and considered all of the errors alleged by the appellant, and find no merit in any of them.

Decree affirmed, each party to pay own costs.